**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

May 13, 2022

BY ECF
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 16, 2022

Re: United States v. Peter Khaimov
22 Cr 20 (PGG)

Dear Judge Gardephe:

    I am the attorney for Peter Khaimov. On January 12, 2022, Mr. Khaimov was ordered released in the case on a $500,000 Appearance Bond co-signed by two financial responsible suretors. He was released with standard conditions in this district and his travel is limited to the Southern and Eastern Districts of New York. He is supervised by Pretrial Services in the Eastern District of New York where he resides, along with his family. Mr. Khaimov has been compliant with all of the terms of his Bond since his release.

    By this letter, I am respectfully requesting that Mr. Khaimov be permitted to remain out at the wedding of a relative, along with his wife, in Pompton Plains, New Jersey, from 6 pm til midnight on May 24, 2022.

1

The government and Pretrial Services both have no objection to this travel request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

cc: USPSO Christian Berzak, by email