UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ALEXANDER GULKAROV,<br>ROMAN ISRAILOV,<br>PETER KHAIMOV,<br>ROBERT WISNICKI,<br>ANTHONY DIPIETRO,<br>ROLANDO CHUMACEIRO,<br>MARCELO QUIROGA, and<br>ALBERT ARONOV,<br><br>                    Defendants. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will hear oral argument on Defendant Israilov's motion to sever (Dkt. No. 148) on **April 25, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Court will hear oral argument on Defendants' pretrial motions (Dkt. No. 144) on **April 25, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
          February 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge