UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PETER KHAIMOV,

Defendant.

**ORDER**

(S7) 22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A change-of-plea hearing will take place in this matter on **November 7, 2023 at**

**2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley

Square, New York, New York.

Dated:   New York, New York
         November 2, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge