UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>PETER KHAIMOV,<br><br>                      Defendant. | **ORDER**<br><br>22 Cr. 20 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **March 21, 2024 at 2:00 p.m.** Any submissions on behalf of the Defendant are due on **March 7, 2024**, and the Government's sentencing submission is due on **March 14, 2024**.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge