UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PETER KHAIMOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant is adjourned from March 21, 2024, to **April 19, 2024, at 2:00 p.m.** Any submissions on behalf of the Defendant are due on **April 5, 2024**, and the Government's sentencing submission is due on **April 12, 2024**.

Dated: New York, New York
       March 4, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge