UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PETER KHAIMOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This Court is scheduled to begin trial in United States v. Boone (23 Cr. 427) on May 14, 2024, at 9:30 a.m.  Accordingly, Defendant Khaimov's sentencing hearing scheduled for May 14, 2024, at 2:00 p.m., is adjourned to **4:00 p.m. the same day**.  The sentencing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: April 29, 2024
      New York, New York

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge