The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-481-8250

August 12, 2024

Hon. Paul G. Gardephe                Hon. Ann M. Donnelly
United States District Judge         United States District Judge
Southern District of New York        Eastern District of New York
40 Foley Square                      225 Cadman Plaza East
New York, N.Y. 10007                 Brooklyn, N.Y. 11201

      Re:  United States v. Peter Khaimov, SDNY Cr. Docket
          No. 22-20 (PGG) and United States v. Peter Khaim,
          EDNY Docket No. 20-50 (AMD)

Dear Judges Gardephe and Donnelly:

    I represent Mr. Khaimov/Khaim in the above-referenced matters. He was recently sentenced in the Southern District to a term of 15 years' imprisonment and, in the Eastern District, to a term of twelve years' imprisonment, one year of which was ordered to run consecutively to the Southern District term, for a total term of imprisonment of 16 years. He is scheduled to surrender on September 11, 2024. Orders of significant financial penalties were also entered in both courts.

    Mr. Khaimov/Khaim would like to travel to Florida for a vacation with his wife and children from August 18 - 25, 2024, the expenses for which are being paid by Mr. Khaimov/Khaim's parents and members of his religious community. I make this request with the consent of Pretrial Services and prosecutors from both Districts.

    Mr. Khaimov/Khaim will provide a full itinerary and contact information to Pretrial Services before he travels.

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

*Paul S. Gardephe* (signature)

**Paul G. Gardephe, U.S.D.J.**

Date: August 12, 2024

Respectfully submitted,

*James M. Branden* (signature)

James M. Branden