UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PETER KHAIMOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On August 13, 2024, Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (collectively "Gilead") filed a third-party petition pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure (Dkt. No. 549) asserting an interest in property subject to a Consent Preliminary Order of Forfeiture as to Defendant Peter Khaimov. (Dkt. No. 427)

        The parties will meet and confer regarding Gilead's petition and will file a joint status update by **November 1, 2024.**

Dated: New York, New York
       October 10, 2024

                                  SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge