UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PETER KHAIMOV,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Peter Khaimov moves to vacate, set aside, and/or correct his sentence pursuant to 28 U.S.C. § 2255.  (Dkt. No. 638)  The following briefing schedule will apply to Khaimov's motion:

1. the Government's response to Khaimov's motion is due on **June 24, 2025**;

2. any reply is due by **July 8, 2025**.

Dated: New York, New York
       June 10, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge