UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PETER KHAIMOV,

Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct an evidentiary hearing concerning Defendant Peter Khaimov's motion to vacate, set aside, and/or correct his sentence (Dkt. Nos. 638-40) on **October 23, 2026, at 10:00 a.m**. The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 14, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge