**Jonathan Marc Davidoff, Esq.**
Admitted in New York and Florida
**Danielle Shayne Shapero, Esq.**
Admitted in New York

# DAVIDOFF LAW FIRM

FLORIDA • NEW YORK

**Aaron R. Resnick, Esq.**
Admitted in Florida, of Counsel
**Derek A. Schwartz, Esq,**
Admitted in Florida, of Counsel

MEMO ENDORSED

October 14, 2026

via ECF and Email (gardephenysdchambers@nysd.uscourts.gov)
Honorable Judge Paul G. Gardephe
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Peter Khaimov*, Docket Number: 22-cr-00020 (PGG)
Hearing on Motion for Ineffective Assistance of Counsel

Dear Judge Gardephe:

This Firm represents Defendant Peter Khaimov in the above-named action. This letter is respectfully submitted to request an order with respect to the Evidentiary Hearing, currently scheduled for Friday, October 23, 2026, at 10:00AM on Defendant's Motion to Vacate, Set Aside, and/or Correct his Sentence (the "Motion") (ECF Dkt. Nos. 638-40). *See* ECF Dkt. No. 697.

The hearing scheduled by the Court is an evidentiary, and this Firm has not conducted such a hearing before Your Honor. Thus, the Defendant has several questions as to the procedures the Court will impose for the hearing. First, can you please advise if the evidence submitted in the Motion is required to be admitted through testimony at the hearing or if the Court will accept it as already admitted into evidence. Second, will the Court So Order subpoenas and reduce the notice requirement so the Defendant can subpoena non-party witness (i.e. James Froccaro, Esq. and Julie de Almeida, Esq.) Third, if a witness is not available to appear in-person, will the Court permit the witness to appear virtually? Fourth, how much time has the Court provided for the hearing?

Finally, the Defendant must be present at the hearing, but he is currently incarcerated at the Federal Correctional Institution Otisville Camp ("Otisville"), which is more than 80 miles from the Courthouse. Therefore, it is respectfully requested that the Court enter an order directing that the Defendant be furloughed from Otisville on October 21, 2026 to permit Defendant to not only appear at the hearing but to meet with his counsel to prepare for the hearing on October 22, 2023. If the Court permits such furlough, the Defendant would then surrender himself on Sunday October 25, 2026 after Shabbat, as the Defendant observes the Sabbath. Not only would a furlough provide Defendant an opportunity to meet and prepare with counsel the day prior to the hearing, but such would ensure his appearance at the hearing and avoid the necessity for the United States Marshals Service to transport Defendant from Otisville to the Brooklyn Detention Center and then to Court and back to Otisville.

The purpose of an evidentiary hearing is to hear testimony from witnesses with knowledge. This is the Defendant's motion, and accordingly it is for defense counsel to determine what testimony he wishes to introduce in support of Defendant's motion. But allegations have been made concerning the actions and state of mind of both the Defendant and his attorney at the time of the guilty plea, so they are both obvious potential witnesses. As to witnesses, the first step is for defense counsel to determine whether the witnesses he wishes to call will require a subpoena. If so, the Court is prepared to So Order subpoenas, but that may not be necessary. Any witnesses called will testify in the courtroom. The hearing will continue on October 23 until all necessary testimony has been taken. The request for a furlough is denied. The Government will arrange for Defendant's production at the hearing.

**SO ORDERED:**

Paul G. Gardephe
**Paul G. Gardephe, U.S.D.J.**
**Dated:** October 15, 2026

228 East 45th Street
Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852

www.DavidoffLawFirm.com

100 North Biscayne Blvd
Suite 1607
Miami, FL 33132
Tel: (305) 672-7495
Fax: (305) 718-0647

In the alternative, it is respectfully requested that the Court enter an order directing the United States Marshals Service to transport the Defendant from Otisville to the Courthouse for the hearing.

Defendant and his counsel thank the Court for its time and attention to this matter.

Respectfully submitted,

*jonathan davidoff*

Jonathan Marc Davidoff, Esq.

cc: All parties of record via ECF and Email


**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, NY 10017 • Telephone (212) 587-5971 • Fax (212) 658-9852